Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

TREDELL FEASTER                                   **JUDGMENT IN A CIVIL CASE**
                                                  CASE NUMBER: 17-CV-1151
   v.

NYS DEPARTMENT OF CORRECTIONS, ET AL


☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the case is dismissed without prejudice.


Date: January 26, 2022                           MARY C. LOEWENGUTH
                                                 CLERK OF COURT

                                                 By: s/ Colin
                                                     Deputy Clerk